638

to the Supreme Court of Louisiana denied for the reason that the judgment sought herein to be reviewed is based upon a non-federal ground adequate to support it. *Mr. Hugh M. Wilkinson* for petitioner. *Messrs. Gaston L. Porterie, Justin C. Daspit, F. A. Blanche,* and *E. Leland Richardson* for respondent.

No. 321. INGRAM DAY LUMBER CO. *v.* UNITED STATES. October 24, 1938. Petition for writ of certiorari to the Court of Claims denied. *Messrs. Raymond M. Hudson* and *Minor Hudson* for petitioner. *Solicitor General Jackson, Assistant Attorney General Whitaker,* and *Messrs. Paul A. Sweeney* and *Henry A. Julicher* for the United States.

Nos. 343 and 344. PANCOE *v.* SOUTHMAN, TRUSTEE, ET AL. October 24, 1938. Petition for writs of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Harris F. Williams* for petitioner. *Mr. Walter H. Eckert* for respondents.

No. 347. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* EUGENE W. WATERBURY;
No. 348. SAME *v.* DONALD N. WATERBURY;
No. 349. SAME *v.* CHARLOTTE M. WATERBURY; and
No. 350. SAME *v.* WHITFORD N. WATERBURY. October 24, 1938. Petition for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Solicitor General Jackson* for petitioner. *Mr. Allin H. Pierce* for respondents. Reported below: 97 F. 2d 383.

No. 355. LAWRENCE *v.* NORTH CAROLINA. October 24, 1938. Petition for writ of certiorari to the Supreme Court